David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
LEISA WHITTUM

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| LEISA WHITTUM,<br><br>            Plaintiff,<br><br>v.<br><br>SNAPFINANCE INC.,<br><br>            Defendant. | **Case No. 2:16-cv-02505-RFB-PAL-**<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SNAPFINANCE INC. ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant SNAPFINANCE INC.**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant SNAPFINANCE INC., **and only as to Defendant SNAPFINANCE INC.** authorizes, and directs the Clerk of the Court to enter a judgment of dismissal without prejudice, against **Defendant SNAPFINANCE INC.**.

Dated:          December 29, 2016

                                        Respectfully submitted,

                                        By:     /s/David H. Krieger, Esq.
                                                David H. Krieger, Esq. (Nevada Bar No. 9086)
                                                HAINES & KRIEGER, LLC
                                                8985 S. Eastern Avenue, Suite 350
                                                Henderson, Nevada 89123
                                                *Attorney for Plaintiff*